JACQUELINE A. FORSLUND  CSBN 154575
Attorney at Law
P.O. Box 4476
Sunriver, OR  97707

Telephone:	541-419-0074
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE A. MITCHELL,           ) | |
| ) | Case No. 1:14-CV-00238-SMS |
| Plaintiff,           ) | |
| ) | **STIPULATION AND ORDER** |
| ) | **FOR EXTENSION OF TIME** |
| v.                                                ) | **TO FILE OPENING BRIEF** |
| ) | |
| CAROLYN W. COLVIN,          ) | |
| Commissioner of Social Security,  ) | |
| ) | |
| Defendant,           ) | |
| ) | |
| _____) | |

  IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to November 1, 2014, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension. The extension is requested because Plaintiff's counsel recently experienced health problems that caused a backlog in her workload.

**Mitchell v. Colvin**                                                                                          **Stipulation and Proposed Order**
**E.D. Cal. 1:14-cv-00238-SMS**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                              Respectfully submitted,

Date: October 2, 2014                JACQUELINE A. FORSLUND
                                              Attorney at Law

                                            */s/Jacqueline A. Forslund*
                                            JACQUELINE A. FORSLUND

                                            Attorney for Plaintiff


Date: October 2, 2014                BENJAMIN J. WAGNER
                                              United States Attorney
                                              DONNA L. CALVERT
                                              Acting Regional Chief Counsel, Region IX
                                              Social Security Administration


                                            */s/\*Annabelle J. Yang*
                                            ANNABELLE J. YANG
                                            Special Assistant United States Attorney
                                            *By email authorization

                                            Attorney for Defendant


                                            <u>ORDER</u>

         APPROVED AND SO ORDERED


DATED:  10/2/2014                 /s/ SANDRA K. SNYDER
                                            UNITED STATES MAGISTRATE JUDGE